■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN GREAVES, Appellant. [805 NYS2d 293]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 29, 2004 (*People v Greaves*, 12 AD3d 690 [2004]), affirming a judgment of the Supreme Court, Kings County, rendered June 18, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Luciano, Rivera and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CETIN HOSGOR, Appellant. [806 NYS2d 686]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered July 12, 2004, convicting him of attempted sodomy in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's plea was knowingly, voluntarily, and intelligently made (*see People v Harris*, 61 NY2d 9, 17 [1983]). To the extent that the defendant's statements at sentencing may be deemed to constitute a pro se motion to vacate his plea of guilty, the Supreme Court providently exercised its discretion in denying that motion without directing a hearing or assigning new counsel (*see People v Reynolds*, 4 AD3d 490 [2004]; *People v Anderson*, 284 AD2d 544, 545 [2001]). The defendant's challenge to the voluntariness of the plea is based on matter which is dehors the record (*see People v Bruno*, 269 AD2d 540 [2000]). H. Miller, J.P., Crane, Krausman, Rivera and Lifson, JJ., concur.